**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                    Plaintiff,       )<br>                             )<br>vs.                          )<br>                             )<br>MELODEE RIGGS,                )<br>                    Defendant.       )<br>_____) | 07-04004MP-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating allegation "B" as contained in the Petition to Revoke Probation. Based upon her admissions, the court finds the defendant has violated the conditions of her unsupervised probation.

IT IS ORDERED reinstating the defendant on unsupervised probation subject to the previously ordered conditions. In addition, the following conditions are imposed:

1. You shall be banned from the Grand Canyon National Park for the term of unsupervised probation beginning on June 6, 2007.

2. You shall not have any direct or indirect contact with the victim, John Paul Williams.

3. Your probationary period shall be extended for two years from today's date, June 6, 2007

IT IS FURTHER ORDERED that allegation "A" of the Petition to Revoke Unsupervised Probation is dismissed.

1
2  IT IS FURTHER ORDERED that the probationary term in this matter shall run concurrently
3  with case number 07-04176MP-001-PCT-MEA.
4      DATED this 6th day of June, 2007.

_____
Mark E. Aspey
United States Magistrate Judge

- 2 -